Charlene EMANUEL, Plaintiff–
Appellant,

v.

BASTROP INDEPENDENT SCHOOL
DISTRICT, Defendant–Appellee.

No. 14–50817

Summary Calendar.

No. 14–50817.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 2015.

Charlene Emanuel, Austin, TX, pro se.

Thomas Phillip Brandt, John David Husted, Fanning Harper Martinson Brandt & Kutchin, P.C., Dallas, TX, for Defendant–Appellee.

Before SMITH, WIENER, and
ELROD, Circuit Judges.

PER CURIAM: *

Charlene Emanuel appeals, *pro se*, a judgment of dismissal of her various claims of discrimination. She fails, however, to present legal arguments in her opening brief. Even *pro se* litigants must brief arguments to preserve them for challenge on appeal. *Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

The appeal is DISMISSED for failure to make any cognizable argument.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.